**FILED**
CO-386-online
SEP 18 2006



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Atlantic Refinishing & Restoration, Inc. | ) ) ) ) | CASE NUMBER 1:06CV01611 |
| vs       Plaintiff | ) )  Civil Action N. | JUDGE: Ellen Segal Huvelle |
| SIGAL Construction Corp. | ) ) ) | DECK TYPE: Contract |
| Defendant | ) ) | DATE STAMP: 09/18/2006 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Plaintiff** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Atlantic Refinishing & Restoration, Inc** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

**439972**
BAR IDENTIFICATION NO.

Susan Van Bell, Braude & Margulies, P.C.
Print Name

1200 Potomac Street, N.W.
Address

Washington, D.C.    20007
City        State      Zip Code

(202) 471-5400
Phone Number

2