IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC REFINISHING & RESTORATION, INC.<br><br>and<br><br>UNITED STATES f/u/b/o ATLANTIC REFINISHING & RESTORATION, INC<br><br>      Plaintiffs,<br><br>v.<br><br>SIGAL CONSTRUCTION CORP.<br><br>and<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>      Defendants. | Civil Action No.<br>1:06CV01611<br><br><br><br>Judge:<br>Ellen Segal Huvelle |

### DEFENDANTS' MOTION TO DISMISS OR TO STAY

Defendants Sigal Construction Corporation ("Sigal") and Liberty Mutual Insurance Company ("Liberty"), by their undersigned counsel, move for dismissal or, in the alternative, a stay, of the Complaint filed by Plaintiffs Atlantic Refinishing & Restoration, Inc. and United States for the use and benefit of Atlantic Refinishing & Restoration, Inc. (together, "Atlantic"). An appropriate Memorandum of Points and Authorities and proposed Order are submitted with this motion.

1

**DATED**: October 16, 2006.

        Respectfully submitted,

        /s/ Jeffrey G. Gilmore
        _____

        Jeffrey G. Gilmore
        D.C. Bar No. 388362
        AKERMAN SENTERFITT
        WICKWIRE GAVIN
        8100 Boone Blvd, Suite 700
        Vienna, Virginia 22182
        Phone 703-790-8750
        Fax 703-448-1801
        jeffrey.gilmore@akerman.com

        *Counsel for Defendants Sigal Construction Corp. and Liberty Mutual Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2006, I electronically filed Defendants Sigal Construction Corp.'s Liberty Mutual Insurance Company's Motion to Dismiss or in the Alternative to Stay and any attachments, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to:

> Herman M. Braude, Esq.
> Michael A. Lewis, Esq.
> Susan Van Bell, Esq.
> BRAUDE & MARGULIES, P.C.
> 1200 Potomac Street, N.W.
> Washington, DC 20007
> *Counsel for Plaintiff Atlantic Refinishing & Restoration, Inc.*

> /s/ Jeffrey G. Gilmore
> _____
> Jeffrey G. Gilmore