IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC REFINISHING & RESTORATION, INC.<br><br>and<br><br>UNITED STATES f/u/b/o ATLANTIC REFINISHING & RESTORATION, INC<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SIGAL CONSTRUCTION CORP.<br><br>and<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>　　　　Defendants. | Civil Action No.<br>1:06CV01611<br><br><br><br>Judge:<br>Ellen Segal Huvelle |

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER came before the Court upon the Motion to Dismiss or in the Alternative for Summary Judgment filed by Defendants Sigal Construction Corp. and Liberty Mutual Insurance Company. It appearing to the Court that there is good cause to grant Defendants' Motion, it is hereby

ORDERED that Defendant's Motion is granted; and it is further

ORDERED that Plaintiff's Complaint be dismissed in its entirety, with prejudice.

_____
DISTRICT COURT JUDGE

1