IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC REFINISHING & RESTORATION, INC.<br><br>and<br><br>UNITED STATES f/u/b/o ATLANTIC REFINISHING & RESTORATION, INC<br><br>Plaintiffs,<br><br>v.<br><br>SIGAL CONSTRUCTION CORP.<br><br>and<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>Defendants | Civil Action No.<br>1:06CV01611<br><br><br><br>Judge:<br>Ellen Segal Huvelle |

### LIBERTY'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Liberty Mutual Insurance Company ("Liberty") in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of Liberty that have issued shares or debt securities to the public.

1

**DATED**: October 16, 2006.

                Respectfully submitted,

                /s/ Jeffrey G. Gilmore

                _____

                Jeffrey G. Gilmore
                D.C. Bar No. 388362
                AKERMAN SENTERFITT
                WICKWIRE GAVIN
                8100 Boone Blvd, Suite 700
                Vienna, Virginia 22182
                Phone 703-790-8750
                Fax 703-448-1801
                jeffrey.gilmore@akerman.com

                *Counsel for Defendants Sigal Construction*
                *Corp. and Liberty Mutual Insurance*
                *Company*