IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC REFINISHING & RESTORATION, INC.<br><br>and<br><br>UNITED STATES f/u/b/o ATLANTIC REFINISHING & RESTORATION, INC<br><br>      Plaintiffs,<br><br>v.<br><br>SIGAL CONSTRUCTION CORP.<br><br>and<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>      Defendants. | Civil Action No.<br>1:06CV01611<br><br><br><br>Judge:<br>Ellen Segal Huvelle |

### SIGAL'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Sigal Construction Corporation ("Sigal") in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of Sigal that have issued shares or debt securities to the public.

**DATED**: October 16, 2006.

                                                Respectfully submitted,

                                                /s/ Jeffrey G. Gilmore
                                                _____

Jeffrey G. Gilmore
D.C. Bar No. 388362
AKERMAN SENTERFITT
WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182
Phone 703-790-8750
Fax 703-448-1801
jeffrey.gilmore@akerman.com

*Counsel for Defendants Signal Construction Corp. and Liberty Mutual Insurance Company*