IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES f/u/b/o** | ) | |
| **ATLANTIC REFINISHING &** | ) | |
| **RESTORATION, INC., et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:06 CV 1611 |
| | ) | **Judge Huvelle** |
| v. | ) | |
| | ) | |
| **SIGAL CONSTRUCTION CORP.** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the parties' joint stipulation to stay proceedings in this case pending arbitration, it is hereby ORDERED:

1) This case is stayed until Sigal and Atlantic exhaust the remedies prescribed by the subcontract, including arbitration in accordance with the terms of the subcontract;

2) Within 21 days following the rendering of an award or other decision by the arbitrator(s) resolving the disputes between Atlantic and Sigal in accordance with the terms of the subcontract, the parties shall confer and file a joint status report with the Court advising whether any further proceedings in this case are necessary.

IT IS SO ORDERED.

_____
Judge Ellen Segal Huvelle

Copies to be furnished electronically to:

| | |
|---|---|
| Herman M. Braude | Jeffrey G. Gilmore |
| D.C. Bar No. 051326 | D.C. Bar No. 388362 |
| Michael A. Lewis | AKERMAN SENTERFITT |
| D.C. Bar No. 479906 | WICKWIRE GAVIN |
| Susan Van Bell | 8100 Boone Blvd., Ste. 700 |
| D.C. Bar No. 439972 | Vienna, VA 22182 |
| BRAUDE & MARGULIES, P.C. | (703) 790-8750 |
| 1200 Potomac Street, N.W. | (703) 448-1801 (fax) |
| Washington, D.C. 20007 | |
| (202) 471-5400 | Attorney for Defendants |
| (202) 471-5404 (fax) | |

Attorneys for Plaintiff/Use-Plaintiff