UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES f/u/b/o ATLANTIC REFINISHING & RESTORATION, INC., *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-1611 (ESH) |
| v. | ) ) | |
| SIGAL CONSTRUCTION CORP., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the parties' joint stipulation to stay proceedings in this case pending arbitration, it is hereby **ORDERED** that

(1) The Motion to Stay [Dkt. # 3, 6] is **GRANTED**, and this case is stayed until Sigal and Atlantic exhaust the remedies prescribed by the subcontract, including arbitration in accordance with the terms of the subcontract;

(2) Within 21 days following the rendering of an award or other decision by the arbitrator(s) resolving the disputes between Atlantic and Sigal in accordance with the terms of the subcontract, the parties shall confer and file a joint status report with the Court advising whether any further proceedings in this case are necessary; and

(3) The Clerk's Office shall administratively close this case during the pendency of the stay, and the case will be reopened only upon order of the Court.

**SO ORDERED**.

                                                                                                                 s/
                                                                                 ELLEN SEGAL HUVELLE
                                                                                 United States District Judge

Date: October 27, 2006