IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES f/u/b/o </br>ATLANTIC REFINISHING & </br>RESTORATION, INC., et al. </br></br>           Plaintiffs, </br></br>v. </br></br>SIGAL CONSTRUCTION CORP. </br> et al., </br></br>           Defendants. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) | </br></br></br></br>No. 1:06 CV 1611 </br>Judge Huvelle |

## NOTICE OF APPEARANCE

**TO THIS HONORABLE COURT** and all parties, please take notice of the appearance of Herman M. Braude of Braude & Margulies, P.C., as an additional attorney of record for Plaintiff/Use-Plaintiff.

Respectfully submitted,

**ATLANTIC REFINISHING & RESTORATION, INC.**

by its attorneys

/s/Herman M. Braude
_____
Herman M. Braude, Esq. (D.C. Bar No. 051326)
Michael A. Lewis, Esq. (D.C. Bar No. 479906)
Susan Van Bell, Esq. (D.C. Bar No. 439972)
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, DC 20007
202-471-5400
202-471-5404 (fax)

## CERTIFICATE OF SERVICE

  I certify that on October 27, 2006, a copy of the foregoing was sent by electronic means to the following:

Jeffrey G. Gilmore
AKERMAN SENTERFITT
WICKWIRE GAVIN
8100 Boone Blvd., Ste. 700
Vienna, VA 22182

              ___/s/_____